# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER,<br><br>   Plaintiff,<br><br>   v.<br><br>JULIA GAMBOA, et al.,<br><br>   Defendants. | No. 2:19-CV-1233-TLN-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On October 4, 2019, the court dismissed plaintiff's complaint with leave to amend and directed plaintiff to file an amended complaint within 30 days. See ECF No. 12. As of November 22, 2019, plaintiff failed to comply and the court issued findings and recommendations that this action be dismissed for failure to comply with court rules and orders as well as failure to prosecute. See ECF No. 13. Plaintiff has filed objections to the findings and recommendations indicating he was unable to timely comply due to a transfer to a different prison. See ECF No. 14. Good cause appearing therefor, the October 4, 2019, order and November 22, 2019, findings

/ / /

/ / /

/ / /

1

and recommendations are vacated.  Plaintiff's complaint will be re-addressed separately.

IT IS SO ORDERED.

Dated:  January 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE