IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM ROUSER,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**JULIA GAMBOA, et al.,**<br><br>　　　　　　　Defendants. | 2:19-cv-01233 TLN DMC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge:　　　Hon. Dennis M. Cota<br>Trial Date:　Not Set<br>Action Filed:　July 3, 2019 |

　　　On January 12, 2022, Defendants M. Marquez, L. Spangler, J. Gamboa, L. Kennerly, B. Smith, K. Lelewer, D. Roth, K. Montoya, and P. Gonzalez applied ex parte for a continuance of the deadline to respond to Plaintiff's Second Amended Complaint until thirty days after its current due date of January 18, 2022.

　　　/ / /

　　　/ / /

　　　/ / /

1

1  Upon a finding of good cause, the Court **GRANTS** the Motion and orders Defendants to
2  file and serve a responsive pleading to Plaintiff's Second Amended Complaint on or before
3  February 17, 2022.

   IT IS SO ORDERED.

Dated: January 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order for Extension of Time (2:19-cv-01233 TLN DMC )