# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER, | No. 2:19-CV-1233-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JULIA GAMBOA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 55, to direct service of process on Defendant Brown. Plaintiff's motion is denied as unnecessary because Defendant Brown has waived service and filed an answer.

IT IS SO ORDERED.

Dated: September 16, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1