1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM ROUSER,                          Case No.  2:19-cv-01233-TLN-DMC (PC)

12              Plaintiff,

13        v.                                   ORDER GRANTING DEFENDANTS'
                                               MOTION TO MODIFY THE SCHEDULING
14    JULIA GAMBOA, *et al.*,                  ORDER

15              Defendants.

16

17            Defendants' move for modification of the March 23, 2022 discovery and scheduling

18    order.[1]  ECF No. 59.  Good cause appearing, defendants' motion is granted.

19            Accordingly, IT IS HEREBY ORDERED that:

20            1.  Defendants' motion to modify the schedule, ECF No. 59, is granted nunc pro tunc to

21    September 26, 2022.

22            2.  The parties may conduct discovery until January 9, 2023.  All requests for discovery

23    pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by such time as will allow

24    responses thereto by this discovery cut-off date.  Any motions necessary to compel discovery

25    shall be filed within 60 days following this cut-off date.

26            3.  All dispositive motions shall be filed within 90 days after the discovery cut-off date

27

28            _____

              [1] Due to Judge Cota's temporary unavailability, Judge Peterson issues the above ruling.

                                                    1

specified above.

IT IS SO ORDERED.

Dated:   October 7, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE