IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ROUSER,<br><br>Plaintiff,<br><br>v.<br><br>JULIA GAMBOA, et al.,<br><br>Defendants. | 2:19-cv-01233 TLN DMC<br><br>**ORDER GRANTING DEFENDANT J. BROWN'S EX PARTE APPLICATION TO TAKE A SECOND DEPOSITION OF PLAINTIFF WILLIAM ROUSER (C10659)**<br><br>Judge:       Hon. Dennis M. Cota<br>Trial Date:  Not Set<br>Action Filed: July 3, 2019 |

The Court received Defendant J. Brown's Application to Take a Second Deposition of William Rouser (C10659), an Incarcerated Person. In the application, Defendant Brown seeks leave to take a second deposition because, at the time Plaintiff's first deposition was taken, Defendant Brown had not been served or appeared in the action. Defendant Brown has now appeared by way of his answer to Plaintiff's complaint. For good cause shown, the application is GRANTED. Defendant Brown may depose William Rouser (C10659) in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the

/ / /

/ / /

/ / /

1

1 | presence of correctional officers during the deposition, and may take the deposition by remote
2 | means with the court reporter in a different location from the deponent.
3 |         IT IS SO ORDERED.

5 | Dated:  October 24, 2022

                                                  DENNIS M. COTA
                                                  UNITED STATES MAGISTRATE JUDGE