1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    WILLIAM ROUSER,                              No.  2:19-CV-1233-TLN-DMC-P

12            Plaintiff,

13        v.                                        <u>ORDER</u>

14    JULIA GAMBOA, et al.,

15            Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18    U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to compel further responses to

19    discovery, ECF No. 65.  For the reasons discussed below, Plaintiff's motion will be denied as

20    untimely.

21            On October 11, 2022, the Court extended the discovery cut-off date to January 9,

22    2023.  <u>See</u> ECF No. 62.  That order required that discovery requests be served with sufficient

23    notice to allow responses by this date.  <u>See id.</u>  Pursuant to the Court's original March 23, 2022,

24    scheduling order, discovery response are due within 45 days of service of a request for written

25    discovery.  <u>See</u> ECF No. 54.  Here, Plaintiff served the discovery at issue on December 19 and

26    21, 2022.  <u>See</u> ECF No. 66-1, pgs. 4-22 (Exhibit A to declaration of defense counsel in opposition

27    to Plaintiff's motion to compel).  Because Plaintiff served his discovery less then 45 days before

28    the January 9, 2023, discovery cut-off date, Plaintiff did not allow sufficient time to respond

                                                    1

1  before this deadline, rendering his December 19 and 21, 2022, discovery requests untimely

2  pursuant to the original scheduling order as modified.

3  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel, ECF

4  No. 65, is denied as the untimely requests are not entitled to a response.

5

6  Dated:  March 22, 2023

7  _____

   DENNIS M. COTA

8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28