IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ROUSER,** | Case No. 2:19-cv-01233 DJC DMC P |
| Plaintiff, | **ORDER** |
| v. | |
| **JULIA GAMBOA, et al.,** | |
| Defendants. | |

    Defendants Spangler, Roth, Kennerly, Gonzalez, Marquez, Lelewer, Gamboa, Brown, and Smith filed a request for a 32-day extension, up to and including Monday, July 10, 2023 to file a dispositive motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request based on counsel's declaration indicating the need for additional time to obtain signatures on declarations supporting a motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   **IT IS HEREBY ORDERED** that Defendants' request for an extension of time is
2   **GRANTED**.  Dispositive motions shall be filed on or before July 10, 2023.

Dated:  June 12, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE