IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ROUSER,** | Case No. 2:19-cv-01233-DJC-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **JULIA GAMBOA, et al.,** | |
| Defendants. | |

Defendants Spangler, Roth, Kennerly, Gonzalez, Marquez, Lelewer, Gamboa, Brown, and Smith filed a request for a 42-day extension, up to and including Monday, September 18, 2023 to file a dispositive motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request to allow defense counsel additional time to obtain original signatures on supporting declarations.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** as follows:

1. Defendants' request for an extension of time, ECF No. 81, is **GRANTED**.

2. Dispositive motions are due by September 19, 2023.

Dated: August 8, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE