IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER,<br><br>  Plaintiff,<br><br>  v.<br><br>JULIA GAMBOA, et al.,<br><br>  Defendants. | No. 2:19-CV-1233-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendant's unopposed motion for summary judgment, filed on November 7, 2023. See ECF No. 85.

The Court has reviewed Defendants' motion and is prepared to issue findings and recommendations. A review of the docket reflects, however, that Defendants have not submitted a copy of the transcript of Plaintiff's deposition, upon which Defendants' motion relies, as required by the Court's local rules. Defendants will be ordered to submit the transcript.

Accordingly, IT IS HEREBY ORDERED that Defendants shall lodge the transcript of Plaintiff's deposition within seven days of the date of this order.

Dated: July 22, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1