IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER,<br><br>             Plaintiff,<br><br>      v.<br><br>JULIA GAMBOA, et al.,<br><br>             Defendants. | No.  2:19-CV-1233-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

On July 31, 2024, the Court issued findings and recommendations addressing Defendants' unopposed motion for summary judgment. See ECF No. 85. Plaintiff filed objections on August 16, 2024. See ECF No. 90. In his objections, Plaintiff states that he never received a copy of Defendants' motion for summary judgment. See id. Upon closer inspection of Defendants' motion for summary judgment, the Court notes that it is not accompanied by a proof of service. Under Eastern District of California Local Rule 135(b), conventional service is required on prisoner litigants proceeding pro se. Under Local Rule 135(c), when conventional service is required, as here, a document shall not be filed unless it is accompanied by a proof of service. Because Defendants' motion is not accompanied by a proof of service, it will be stricken and the July 31, 2024, findings and recommendations will be vacated. Defendants will be

directed to re-file their motion for summary judgment, with an appropriate proof of conventional service on Plaintiff.

        Accordingly, IT IS HEREBY ORDERED as follows:

        1.     Defendants' motion for summary judgment, ECF No. 85, is STRICKEN.

        2.     The Clerk of the Court is directed to terminate ECF No. 85 as a pending motion.

        3.     The findings and recommendations issued on July 31, 2024, ECF No. 87, are VACATED.

        4.     Defendants shall re-serve and re-file their motion for summary judgment, with appropriate proof of conventional service on Plaintiff, on or before September 18, 2024.

        5.     Plaintiff's opposition is due on or before October 23, 2024.

        6.     Defendants' optional reply is due on or before November 13, 2024.

Dated: September 5, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE